# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ELEKTRA ENTERTAINMENT GROUP, INC., et al., | CASE NO. 06CV1290 WQH (AJB) |
|---|---|
| Plaintiffs, | ORDER CONSTRUING DEFENDANT'S DECLARATION AS A MOTION TO SET ASIDE DEFAULT PURSUANT TO FED. R. CIV. P. 55(c) |
| vs. | |
| CAMILLE RICHBURG, | |
| Defendant. | |

HAYES, Judge:

On January 30, 2007, Plaintiffs moved for entry of default against Defendant Camille Richburg for Defendant's failure to defend in this action. On January 31, 2007, the Clerk of the Court entered default against Defendant. On March 7, 2007, the Court received a declaration from Defendant, wherein Defendant indicated that settlement talks between herself and Plaintiffs led her to believe that she did not have to participate in this Court action. Defendant filed the declaration *pro se*, and so far as the Court can tell, did not have the assistance of an attorney.

After reviewing Defendant's declaration, and in consideration of her *pro se* status, the Court construes Defendant's declaration as a motion to set aside entry of default pursuant to FED. R. CIV. P. 55(c). *See Franchise Holding II, LLC v. Huntington Restaurants Group, Inc.*, 375 F.3d 922 (9th Cir. 2004). Plaintiffs may respond to the motion on or before Friday, March 30, 2007. Defendant may file a reply to any response on or before Friday, April 13, 2007.

**IT IS SO ORDERED**.

DATED: March 13, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge